**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGUYEN VAN TAM, | Case No. 5:26-cv-00744-JLS-RAO |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| D. MARIN, *et al.*, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Answer to the Petition, Dkt. No. 12; Petitioner's Reply, Dkt. No. 13; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 15; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.[1]

///

---

[1] The Court notes two, minor typographical errors in the Report referencing Petitioner's detention in November, *2026* and understands the references were intended to be to detention in November, 2025. (*See* Report at p. 3, line 5 and p. 10, fn. 4.)

IT IS ORDERED that:

(1) The Petition is GRANTED IN PART;

(2) Respondents are ORDERED to release Petitioner from custody, subject to any former conditions of release, within 24 hours of this Order;

(3) Respondents are ORDERED to return any confiscated property and documents to Petitioner upon his release;

(4) Respondents are ORDERED to file a status report substantiating compliance with the Court's Order within three days of this Order; and

(5) Petitioner's counsel is DIRECTED to submit any attorney fee application and corresponding billing records within thirty (30) days of the District Court's Order, and INSTRUCTING Respondent to file any opposition within fourteen (14) days of Petitioner's attorney fee application.

DATED:  May 7, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2