JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN VAN TAM,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>D. MARIN, *et al.*,<br><br>　　　　　Respondents. | Case No. 5:26-cv-00744-JLS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part.

DATED: May 7, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE